UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| WILLIAM TODD CARR and GRANT TODD CARR | * | DOCKET NO.: 11-605-JJB |
|---|---|---|
| VERSUS | * | JUDGE: JAMES J. BRADY |
| KENNETH ALDRIDGE, AMERICAN SAFETY INDEMNITY COMPANY and SUMMIT MODULAR TRANSPORT, LLC | * | MAGISTRATE JUDGE: RIEDLINGER |
| | * | JURY DEMAND |

### ORDER

**CONSIDERING THE FOREGOING,**

**IT IS HEREBY ORDERD** that the Joint Motion to Remand is hereby GRANTED and the above captioned case is hereby remanded back to the 18th Judicial District Court, West Baton Rouge Parish, Louisiana, from which it was removed.

Signed in Baton Rouge, Louisiana, on September 20, 2011.

_____
**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**