UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM TODD CARR and<br>GRANT TODD CARR | * <br> * <br> * | DOCKET NO.: 11-605-JJB |
| VERSUS | * <br> * | JUDGE: JAMES J. BRADY |
| KENNETH ALDRIDGE, AMERICAN<br>SAFETY INDEMNITY COMPANY<br>and SUMMIT MODULAR<br>TRANSPORT, LLC | * <br> * <br> * <br> * | MAGISTRATE JUDGE: RIEDLINGER<br><br>JURY DEMAND |

## ORDER

**CONSIDERING THE FOREGOING,**

**IT IS HEREBY ORDERD** that the Joint Motion to Remand is hereby GRANTED and the above captioned case is hereby remanded back to the 18th Judicial District Court, West Baton Rouge Parish, Louisiana, from which it was removed.

Signed in Baton Rouge, Louisiana, on September 20, 2011.

_____
**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

18th JDC